FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:49 am, Jul 17, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CHARLES LLEWLYN, <br><br> Petitioner, <br><br> v. <br><br> TRACY JOHNS, <br><br> Respondent. | CIVIL ACTION NO.: 5:20-cv-77 |

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 3. The Court **ORDERS** Petitioner to file any objections to the Respondent's motion for dismissal or to otherwise inform the Court of his decision not to object to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Petitioner does not respond to Respondent's Motion within 14 days, the Court will determine there is no opposition to the Motion, grant the Motion as unopposed, and deem Petitioner to have failed to follow a Court Order.

**SO ORDERED**, this 17th day of July, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA