AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES LLEWLYN

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-CV-77

TRACY JOHNS

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated January 29, 2021; the Report and Recommendation of the Magistrate Judge is ADOPTED as the Order of the Court. Therefore, Petitioner's Objections are OVERRULED, Respondent's Motion to Dismiss is GRANTED, and Llewlyn's 28 U.S.C. § 2241 Petition is DENIED. Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

February 1, 2021
Date

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03